
FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2021
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:20-cr-00171(A)-JVS |
| 8) ARMANDO CALDERON CASTILLO  DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __Defendant and Government__, IT IS ORDERED that a detention hearing is set for __Tuesday__, __May 25, 2021__, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Autumn D. Spaeth__, in Courtroom __6B in person__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __05/19/2021__          __/s/ Autumn D. Spaeth__
                                U.S. Magistrate Judge